## UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:15-cv-09125 |
| v. ) ) | Hon. John P. Tharp |
| VIRBAC CORPORATION, VIRBAC, INC., VIRBAC AH, INC. and JOHN DOES 1-10, ) ) ) ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SHAUN FAULEY ("Fauley"), and Defendants, VIRBAC CORPORATION, VIRBAC, INC. and VIRBAC AH, INC. (collectively "Virbac"), through their undersigned attorneys, hereby stipulate to: (1) the dismissal of Fauley's individual claims against Virbac with prejudice and without costs; and (2) the dismissal of putative class members claims against Virbac without prejudice and without costs. Fauley and Virbac are to bear their own costs.

| | |
|---|---|
| s/Brian J. Wanca | /s/ Mark S. Eisen    (with permission) |
| Brian J. Wanca | Mark S. Eisen |
| | |
| Anderson + Wanca | Benesch, Friedlander, Coplan & |
| 3701 Algonquin Rd., Suite 500 | Aronoff LLP |
| Rolling Meadows, IL 60008 | 333 West Wacker Drive, Suite 1900 |
| Telephone:  847-368-1500 | Chicago, IL 60606 |
| Fax:  847-368-1501 | Telephone:  312-212-4956 |
| Email:  bwanca@andersonwanca.com | Email: MEisen@beneschlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Virbac Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2019, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

      /s/ Brian J. Wanca